UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FRANK VENNER,

        Plaintiff,               Case no. 09-13428
                                                 Honorable John Corbett O'Meara

v.

COMMISSIONER OF SOCIAL
SECURITY,

        Defendant,
_____/

ORDER ADOPTING REPORT AND RECOMMENDATION

The Court, pursuant to 72(b) of the Federal Rules of Civil Procedure, 28 U. S. C. 636(b)(1)(B), and LR 72.1(b)(3), has reviewed Magistrate Judge Donald A. Scheer's April 14, 2010, Report and Recommendation. No objections were filed by the parties. Upon review of this matter;

IT IS HEREBY ORDERED that the report and recommendation is ADOPTED as the findings and conclusions of this Court.

                                                    s/John Corbett O'Meara
                                                    United States District Judge

Date: May 12, 2010

    I hereby certify that a copy of the foregoing document was served upon counsel of record on this date, May 12, 2010, via the Court's ECF system.

                                                        s/William Barkholz
                                                        Case Manager